839 A.2d 168

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lawrence James CASELLA, Respondent.**

**No. 81 DB 2003.**

Supreme Court of Pennsylvania.

Sept. 22, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of September, 2003, upon consideration of the Recommendation of the Disciplinary Board dated July 23, 2003, it is hereby

ORDERED that Lawrence James Casella is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.